UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON DWAYNE MCCOY, | ) Case No. 07-3508 GW(JC) |
| Petitioner, | ) (PROPOSED) JUDGMENT |
| v. | ) |
| LYDIA HENSE, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 27, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE